United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>REAL OPTION FOR CITY KIDS, et al.,<br><br>Defendants. | Case No.  24-cv-03387-AMO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**<br><br>Re: Dkt. No. 4 |

On June 6, 2024, the court, the Honorable Susan van Keulen presiding, issued an Order Denying Plaintiff's Application to Proceed in Forma Pauperis.  Specifically, the court ordered Plaintiff Malik M. Justin to either "(1) file a renewed application or (2) pay the filing fee" by July 8, 2024.  *See* ECF 4.  The court warned Mr. Justin that the failure to complete either task by the deadline may result in dismissal of this action.  *Id.*  The time for Mr. Justin to act has passed, and he has failed to complete either task.

The Court possesses the inherent power to dismiss an action of its own accord "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  By July 31, 2024, Mr. Justin shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case and to comply with court orders.  If Mr. Justin fails to respond to this order by the July 31, 2024 deadline, the Court will dismiss the action without prejudice for failure to prosecute and to comply with court orders.

**IT IS SO ORDERED.**

Dated: July 16, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**